This is a formal modification to a contract between the parties of David A. Stebbins from Harrison, AR, and the company of Microsoft, Inc.  I currently have an Xbox Live silver membership with you, and my gamertag is davidstebbins.  I am hereby amending the terms of the Xbox Live subscription.  These amendments will take effect on May 16, 2011.  If you disagree with these terms, you must terminate my Xbox Live membership.

### ARBITRATION AGREEMENT

YOU HEREBY AGREE TO SETTLE ALL LEGAL DISPUTES WITH ME, EVEN THOSE NOT RELATED TO THIS CONTRACT, OR ANY CONTRACT, TO BINDING ARBITRATION, USING THE SERVICES OF EITHER [WWW.NET-ARB.COM](WWW.NET-ARB.COM), THE AMERICAN ARBITRATION ASSOCIATION, OR THE NATIONAL ARBITRATION FORUM.  WHOEVER FILES THE CLAIM SHALL HAVE THE AUTONOMOUS RIGHT TO CHOOSE WHICH ARBITRATION FIRM IS USED.  IN ALL CASES, IT MUST BE DECIDED BY A SINGLE ARBITRATOR.  THE AWARD (OR FORFEIT VICTORY, AS EXPLAINED BELOW) MAY BE ENTERED IN A COURT OF OTEHRWISE COMPETENT JURISDICTION IN A DISTRICT WHERE EITHER OF THE PARTIES RESIDE.

WE MAY ONLY GO TO COURT TO CONFIRM AN ARBITRATION AWARD, OR FOR YOU TO COMPEL ME TO ARBITRATE.  IF YOU WANT TO COMPEL ME TO ARBITRATE, YOU MUST DO SO IN A COURT OF COMPETENT JURISDICTION IN WHICH I RESIDE AT THE TIME THE DISPUTE ARISES.

IF I AM UNABLE TO PAY FOR THE ARBITRATION, YOU MUST PAY IT FOR ME.  THE WINNER WILL HAVE ALL OF HIS COSTS REIMBURSED, INCLUDING ATTORNEYS FEES.

### Forfeit Victory Clause

If I send you an invitation to arbitrate a legal dispute, you must accept it within 24 hours of receiving it.  If you receive it via an instantaneous transmission, such as fax or email, I must have it back within 24 hours after I send it.  If I send it to you via a slower method, such as the Post Office, you must sign it and return it to me, along with your share of the fees, within 24 hours after you receive it.  For example, if you receive it in the mail, you must have the signed arbitration submission form in the mail by the time the mail runs in your area, the next day.

If you do not accept the arbitration invitation within the 24 hour time limit, specified above, I automatically win the relief requested, without having to go to arbitration.

This forfeit victory clause will not apply vice versa.  If I do not accept an arbitration invitation submitted by you, you must move in court to compel me to arbitrate.

[redacted]



