**American Arbitration Association**
Dispute Resolution Services Worldwide

Please visit our website at www.adr.org if you would like to file this case online.
AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association.

**To be completed and signed by all parties (attach additional sheets if necessary).**

Rules Selected: ☒ Commercial  ☐ Construction  ☐ Employment  ☐ Other (please specify) _____

Procedure Selected: ☒ Binding Arbitration  ☐ Mediation  ☐ Other (please specify) _____ .

**NATURE OF DISPUTE:**
The Defendants breached a contract against me. I seek $500,000,000,000 in damages

Dollar Amount of Claim $ 500,000,000,000.00

Other Relief Sought: ☐ Attorneys Fees  ☐ Interest  ☐ Arbitration Costs  ☐ Punitive/ Exemplary  ☒ Other all of the above

**PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:**
An arbitrator familiar with contract law.

Amount Enclosed $ 65,000.00    In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule

HEARING LOCALE REQUESTED: Seattle, WA

Estimated time needed for hearings overall: _____ hours or 1.00 days

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| | |
|---|---|
| Name of Party: David A. Stebbins | Name of Party: Microsoft, Inc. |
| Address: 1407 N Spring Rd, APT #5 | Address: 1 Microsoft Way |
| City: Harrison  State: AR  Zip Code: 72601 | City: Redmond  State: WA  Zip Code: 98052 |
| Phone No. 870-204-6024  Fax No. | Phone No. (425) 882-8080  Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: xbox@engage.xbox.com |
| Signature (required): *David Stebbins*  Date: May 18, 2011 | Signature (required):  Date: |
| Name of Representative: not applicable | Name of Representative: |
| Name of Firm (if applicable): not applicable | Name of Firm (if applicable): |
| Address (to be used in connection with this case): 1407 N Spring Rd, APT #5 | Address (to be used in connection with this case): |
| City: Harrison  State: AR  Zip Code: 72601 | City:  State:  Zip Code: |
| Phone No. 870-204-6024  Fax No. | Phone No.  Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Demand to the Respondent.