**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you would like to file this case online.
AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association.

**To be completed and signed by all parties (attach additional sheets if necessary).**

Rules Selected: ☐ Commercial  ☐ Construction  ☐ Employment  ☐ Other (please specify) _____

Procedure Selected: ☐ Binding Arbitration  ☐ Mediation  ☐ Other (please specify) _____.

NATURE OF DISPUTE:

Dollar Amount of Claim  $

Other Relief Sought:  ☐ Attorneys Fees   ☐ Interest
☐ Arbitration Costs  ☐ Punitive/ Exemplary  ☐ Other _____

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:

Amount Enclosed $_____   In accordance with Fee Schedule:  ☐ Flexible Fee Schedule   ☐ Standard Fee Schedule

HEARING LOCALE REQUESTED: _____

Estimated time needed for hearings overall:
_____ hours  or _____ days

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| Name of Party | Name of Party |
|---|---|
| Address: | Address: |
| City: / State / Zip Code | City: / State / Zip Code |
| Phone No. / Fax No. | Phone No. / Fax No. |
| Email Address: | Email Address: |
| Signature (required): / Date: | Signature (required): / Date: |
| Name of Representative: | Name of Representative: |
| Name of Firm (if applicable) | Name of Firm (if applicable) |
| Address (to be used in connection with this case) | Address (to be used in connection with this case) |
| City: / State / Zip Code | City: / State / Zip Code |
| Phone No. / Fax No. | Phone No. / Fax No. |
| Email Address: | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ  08043.  Send the original Demand to the Respondent.