

**11-CV-01362-AF**

01

02

03

04 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
05 AT SEATTLE

06 DAVID STEBBINS,                    )
                                       )   CASE NO. C11-1362-JCC
07       Plaintiff,                    )
                                       )
08       v.                            )
                                       )   MINUTE ORDER
09 MICROSOFT,                          )
                                       )
10       Defendant.                    )
                                       )

11 _____   )

12       The following Minute Order is made at the direction of the Court, the Hon. Mary Alice

13 Theiler, United States Magistrate Judge:

14       Plaintiff's motion for leave to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient in

15 that plaintiff failed to submit a Written Consent for Payment of Costs form.  Plaintiff is

16 directed to complete and return a Written Consent for Payment of Costs form within **twenty**

17 **(20) days** of the date of this Minute Order.  Failure to comply with this directive in a timely

18 manner may result in denial of plaintiff's motion to proceed IFP.  The Clerk is directed to send

19 a copy of this Minute Order and of this Court's standard form to plaintiff.

20       DATED this 24th day of August, 2011.

21                                           WILLIAM M. MCCOOL, Clerk

22                                           By: _____
                                             Deputy Clerk

MINUTE ORDER
PAGE -1