# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

David Stebbins

    Plaintiff(s)

vs.

Microsoft, Inc.

    Defendant(s),

**WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR3(b)**

I, pro se Plaintiff David Stebbins hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

Dated: August 24, 2011

_David Stebbins_
Signature of Plaintiff

WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR3(b)