UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID STEBBINS, ) | |
| ) | CASE NO. C11-1362-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING APPLICATION |
| MICROSOFT, INC., ) | TO PROCEED *IN FORMA PAUPERIS* |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is GRANTED. The Clerk is directed to file plaintiff's complaint (Dkt. 2) without prepayment of fees. The Clerk is further directed to send a copy of this Order to plaintiff.

DATED this <u>7th</u> day of September, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -1