UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAVID STEBBINS											PLAINTIFF

VS.					CASE NO. 11-1362

MICROSOFT CORPORATION										DEFENDANTS

## NOTICE OF ADDRESS CHANGE

I, *pro se* Plaintiff David Stebbins, now have the name and address that appears at this signature:

*David S Stebbins*

David Stebbins
8527 Hopewell Rd.,
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
