UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAVID STEBBINS                                                                    PLAINTIFF

VS.                                          CASE NO. 11-1362

MICROSOFT CORPORATION                                             DEFENDANTS

## MOTION TO HAVE MARSHAL EXECUTE SERVICE

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following motion for the Court to instruct the Marshal to execute service of summons and amended complaint at taxpayer expense.

A district court is required to do this if the Plaintiff is proceeding *in forma pauperis*. See Fed. R. Civ. P. Rule 4(c)(3). I am proceeding *in forma pauperis*. See Document #8. Therefore, I am entitled to free service of summons to be executed by the Marshal.

Wherefore, premises considered, I respectfully pray that this motion be granted.

*David Stebbins*
David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com