THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID STEBBINS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C11-1362-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　Plaintiff's motion for an order directing service is GRANTED. (Dkt. No. 11.) Plaintiff also moves for judgment on the pleadings although Defendant has not yet been served. Plaintiff's support for this motion is apparently an undocumented conversation with a state judge in Arkansas. Plaintiff has demonstrated sufficient familiarity with the rules of civil procedure to know that this motion is frivolous.  Accordingly, the motion is STRICKEN. (Dkt. No. 13.) If Plaintiff continues to file frivolous motions, he will be sanctioned pursuant to FRCP 11.

　　　　DATED this 30th day of September 2011.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tim Farrell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk