The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID STEBBINS,<br><br>              Plaintiff,<br><br>    v.<br><br>MICROSOFT, INC.,<br><br>              Defendant. | No. C11-1362 JCC<br><br>[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO DISMISS<br><br>*Note on Motion Calendar:*<br>November 25, 2011 |

      This matter came before the Court on Defendant Microsoft Corporation's Motion to Dismiss for Failure to State a Claim. The Court has considered the Motion and the materials submitted in support of and in opposition to the Motion. The Court finds that Plaintiff's Complaint fails to state a claim on which relief can be granted. The Court therefore GRANTS the Motion and directs the Clerk to enter judgment dismissing Plaintiff's claims with prejudice.

      SO ORDERED this ____ day of _____, 2011.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS
(C11-1362 JCC) — 1
DWT 18424104v1 0025936-001472

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  Presented by:

2  DAVIS WRIGHT TREMAINE LLP
3  *Attorneys for Microsoft Corporation*

4  By s/ *John A. Goldmark*
        Stephen M. Rummage, WSBA #11168
5       John A. Goldmark, WSBA #40980
        1201 Third Avenue, Suite 2200
6       Seattle, Washington  98101-3045
7       Telephone: (206) 622-3150
        Fax: (206) 757-7700
8       E-mail: steverummage@dwt.com
                johngoldmark@dwt.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MOTION TO DISMISS
(C11-1362 JCC) — 2
DWT 18424104v1 0025936-001472

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to *Pro Se* Plaintiff David Stebbins at his e-mail address:  stebbinsd@yahoo.com.

I further certify that I have mailed by United States Postal Service the document to *Pro Se* Plaintiff addressed as follows:

> David Stebbins
> 8527 Hopewell Road
> Harrison, AR  72601

DATED this 1st day of November, 2011.

> Davis Wright Tremaine LLP
> *Attorneys for Microsoft Corporation*
>
> By *s/ John A. Goldmark*
>     John A. Goldmark, WSBA #40980
>     1201 Third Avenue, Suite 2200
>     Seattle, Washington  98101-3045
>     Telephone:  (206) 622-3150
>     Fax:  (206) 757-7700
>     E-mail:  johngoldmark@dwt.com

ORDER GRANTING MOTION TO DISMISS
(C11-1362 JCC) — 3
DWT 18424104v1 0025936-001472

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700