The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID STEBBINS,<br><br>    Plaintiff,<br><br> v.<br><br>MICROSOFT, INC.,<br><br>    Defendant. | No. C11-1362 JCC<br><br>DEFENDANT MICROSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) |

   Pursuant to Fed. R. Civ. P. 7.1, Defendant Microsoft Corporation files this Corporate Disclosure Statement.  Microsoft Corporation has no parent corporations, and no publicly held company owns 10% or more of Microsoft Corporation's stock.

   DATED this 1st day of November, 2011.

           DAVIS WRIGHT TREMAINE LLP
          *Attorneys for Microsoft Corporation*

          By  */s/ John A. Goldmark*
            Stephen M. Rummage, WSBA #11168
            John A. Goldmark, WSBA #40980
            1201 Third Avenue, Suite 2200
            Seattle, Washington  98101-3045
            Telephone: (206) 622-3150
            Fax: (206) 757-7700
            E-mail:  steverummage@dwt.com
            E-mail:  johngoldmark@dwt.com

CORPORATE DISCLOSURE STATEMENT
(C11-1362 JCC) — 1
DWT 18409676v1 0025936-001472

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to *Pro Se* Plaintiff David Stebbins at his e-mail address:  stebbinsd@yahoo.com.

I further certify that I have mailed by United States Postal Service the document to *Pro Se* Plaintiff addressed as follows:

> David Stebbins
> 8527 Hopewell Road
> Harrison, AR  72601

DATED this 1st day of November, 2011.

> Davis Wright Tremaine LLP
> *Attorneys for Microsoft Corporation*
>
> By *s/ John A. Goldmark*
> John A. Goldmark, WSBA #40980
> 1201 Third Avenue, Suite 2200
> Seattle, Washington  98101-3045
> Telephone:  (206) 622-3150
> Fax:  (206) 757-7700
> E-mail:  johngoldmark@dwt.com

CORPORATE DISCLOSURE STATEMENT
(C11-1362 JCC) — 2
DWT 18409676v1 0025936-001472

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700