IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                            **PLAINTIFF**

**VS.**                       **CASE NO 11-1362**

**MICROSOFT, INC.**                                    **DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

I, *pro se* Plaintiff David Stebbins, hereby certify under penalty of perjury that a true and correct copy of Plaintiff's Motion for Judgment on the Pleadings has been served on Defendant by allowing its counsel to view the ECF Notice of Docket Activity, as is allowed by CR 5(b).

By <u>*s/ David A. Stebbins*</u><br>
David A. Stebbins<br>
8527 Hopewell Rd<br>
Harrison, AR 72601<br>
870-743-4386<br>
stebbinsd@yahoo.com