UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                                                                  **PLAINTIFF**

**VS.**                                        **CASE NO. 11-1362**

**MICROSOFT CORPORATION**                                    **DEFENDANTS**

### ORDER

       This matter came before the Court on Plaintiff David Stebbins' Motion for Judgment on the Pleadings. The Court has considered the Motion and the materials submitted in support of and in opposition to the Motion. The Court finds that Plaintiff is entitled to judgment as a matter of law. The Court therefore GRANTS the Motion and directs the Clerk to enter judgment for the Plaintiff in the amount of $1,500,000,000,000.00.

       SO ORDERED this _____ day of _____, 2011.

                                                                            _____
                                                                                     John C. Coughenour
                                                                     UNITED STATES DISTRICT JUDGE