UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAVID STEBBINS                                                                    PLAINTIFF

VS.                                          CASE NO. 11-1362

MICROSOFT CORPORATION                                              DEFENDANTS

### CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify under penalty of perjury that a true and correct copy of Plaintiff's Response in Opposition to Motion for Summary Judgment was served on Defendant by allowing its counsel to view the ECF Notice of Docket Activity, as allowed by CR 5(b).

By /s David A. Stebbins
David A. Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com