



| Case | Title | Filed | Closed |
|---|---|---|---|
| 2:07-cv-00930-RSM | Microsoft Corporation v. Immersion Corporation | filed 06/18/07 | closed 10/09/08 |
| 2:07-cv-00964-RAJ | Zhang v. China Gate Inc et al | filed 06/20/07 | closed 04/02/08 |
| 2:07-cv-01121-JCC | Torres v. Microsoft Corporation | filed 07/18/07 | closed 01/21/10 |
| 2:07-cv-01132-JCC | Carlie v. Microsoft Corporation | filed 07/19/07 | closed 10/09/07 |
| 2:07-cv-01270-JCC | Moskowitz et al v. Microsoft Corporation | filed 08/14/07 | closed 10/09/07 |
| 2:07-cv-01271-JCC | Ling v. Microsoft Corporation | filed 08/14/07 | closed 10/09/07 |
| 2:07-cv-01295-JCC | Hanson v. Microsoft Corporation | filed 08/20/07 | closed 10/09/07 |
| 2:07-cv-01398-MJP | Microsoft Corporation v. Kovyrin et al | filed 09/10/07 | closed 11/21/07 |
| 2:07-cv-01415-RSM | Yacoub v. United States of America et al | filed 09/12/07 | closed 09/20/07 |
| 2:07-cv-01700-JPD | Microsoft Corporation v. Does 1-10 | filed 10/19/07 | closed 02/17/09 |
| 2:07-cv-01701-RSM | Microsoft Corporation v. Does | filed 10/19/07 | closed 03/21/08 |
| 2:07-cv-01702-RSM | Microsoft Corporation v. John Does 1-10 | filed 10/19/07 | closed 03/21/08 |
| 2:07-cv-01794-RAJ | Zhang v. Boeing Company et al | filed 11/05/07 | closed 07/10/08 |
| 2:07-cv-01870-RAJ | Microsoft Corporation v. Does 1-301 | filed 11/20/07 | closed 06/26/08 |



Case 2:11-cv-01362-JCC   Document 22-1   Filed 11/04/11   Page 3 of 9

| Case | Party | Status |
|---|---|---|
| 2:07-cv-01870-RAJ | Microsoft Corporation v. Does 1-301 | filed 11/20/07  closed 06/26/08 |
| 2:07-cv-01939-JLR | Microsoft Corporation v. Kepford et al | filed 12/06/07  closed 08/29/08 |
| 2:07-cv-01940-RSM | Microsoft Corporation v. Philpot et al | filed 12/06/07  closed 03/26/08 |
| 2:07-cv-01941-JLR | Microsoft Corporation v. Russ et al | filed 12/06/07  closed 02/21/08 |
| 2:07-cv-01942-JLR | Microsoft Corporation v. Nguyen et al | filed 12/06/07  closed 02/20/08 |
| 2:07-cv-01943-MJP | Microsoft Corporation v. Powers et al | filed 12/06/07  closed 02/26/08 |
| 2:07-cv-01944-JLR | Microsoft Corporation v. Thatcher et al | filed 12/06/07  closed 08/28/08 |
| 2:07-cv-01945-JLR | Microsoft Corporation v. Nusser et al | filed 12/06/07  closed 08/28/08 |
| 2:07-cv-01946-MJP | Microsoft Corporation v. Talley et al | filed 12/06/07  closed 03/19/08 |
| 2:07-cv-01947-RAJ | Microsoft Corporation v. Foster et al | filed 12/06/07  closed 04/01/08 |
| 2:07-cv-01948-RAJ | Microsoft Corporation v. Krupa et al | filed 12/06/07  closed 09/02/08 |
| 2:07-cv-01949-RAJ | Microsoft Corporation v. Butters et al | filed 12/06/07  closed 04/07/08 |
| 2:07-cv-01950-RAJ | Microsoft Corporation v. Gutierrez et al | filed 12/06/07  closed 09/02/08 |





| Case | Title | Filed | Closed |
|---|---|---|---|
| 2:08-cv-01749-JLR | Microsoft Corporation v. Martinez et al | filed 12/03/08 | closed 06/11/09 |
| 2:08-cv-01750-JLR | Microsoft Corporation v. Hines et al | filed 12/03/08 | closed 04/09/09 |
| 2:08-cv-01751-MAT | Microsoft Corporation v. Asmar et al | filed 12/03/08 | closed 04/21/09 |
| 2:08-cv-01752-JLR | Microsoft Corporation v. Nosek et al | filed 12/03/08 | closed 04/13/09 |
| 2:08-cv-01753-RAJ | Microsoft Corporation v. Smyth et al | filed 12/03/08 | closed 03/27/09 |
| 2:08-cv-01754-MJP | Microsoft Corporation v. Webber et al | filed 12/03/08 | closed 04/08/09 |
| 2:08-mc-00062-JLR | Logenix International, L.L.C., v. Microsoft Corporation et al | filed 05/09/08 | closed 12/10/08 |
| 2:08-mc-00150-JLR | NagraStar, LLC v. Microsoft Corporation | filed 11/07/08 | closed 10/21/09 |
| 2:09-cv-00189-MJP | Alvarado v. Microsoft Corporation et al | filed 02/11/09 | closed 06/08/10 |
| 2:09-cv-00247-RAJ | Microsoft Corporation v. TomTom NV et al | filed 02/25/09 | closed 04/02/09 |
| 2:09-cv-00270-MJP | Ancora Technologies Inc v. Toshiba America Information Systems Inc et al | filed 02/27/09 | closed 11/16/09 |
| 2:09-cv-00371-MJP | Microsoft Corporation v. Lee et al | filed 03/20/09 | closed 10/13/09 |
| 2:09-cv-00474-RAJ | Microsoft Corporation v. Mai et al | filed 04/08/09 | closed 02/09/10 |
| 2:09-cv-00815-RSM | Microsoft Corporation v. Lam et al | filed 06/15/09 | closed 05/24/10 |







