IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                                **PLAINTIFF**

**VS.**                  **CASE NO 11-1362**

**MICROSOFT CORPORATION**                      **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify, under penalty of perjury, that a true and correct copy of Plaintiff's Second Motion for Sanctions or in the Alternative for Clarification has been served on Defendant Microsoft Corporation by allowing its counsel to view the ECF Notice of Docket Activity, as allowed by CR 5(b).

By  s/ David A. Stebbins
David A. Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com