UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID STEBBINS,

    Plaintiff(s),

v.

MICROSOFT INC,

    Defendant(s).

CASE NO. 2:11−cv−01362−JCC

ORDER DENYING DEFAULT

The Motion for Default has been considered together with the files and records in the case and is **DENIED** as to Microsoft, Inc. for the following reasons:

- Plaintiff has not demonstrated that the summons and complaint were effectively served in accordance with Fed.R.Civ.P. 4(*h*).

The pending motion for default judgment, if any, against these defendants, is **DENIED AS MOOT**.

DATED: November 7, 2011

                William M. McCool, Clerk

                By: __/s/ Paul Pierson__
                DEPUTY CLERK

Minute Order – 1