IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                                                     **PLAINTIFF**

**VS.**                                    **CASE NO 11-1362**

**MICROSOFT, INC.**                                                  **DEFENDANTS**

### THIRD MOTION FOR DEFAULT

NOTE ON MOTION CALENDAR:  Nov. 7, 2011

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following third motion for default motion for default.

The second motion for default was denied because I had not demonstrated that the summons and complaint was served on Defendants.  In this case, I attach Exhibit A, an affidavit from the United States Marshal's Office, demonstrating exactly that.

From that point, please refer to my second motion for default (Exhibit B) for an explanation of why I am entitled to default.

*/s/ David Stebbins*
David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com