USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 2:11-cv-01362-JCC   Document 15   Filed 10/13/11   Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Stebbins | CV11-1362 JCC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Microsoft, Inc. | Service of Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Microsoft, Inc
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1 Microsoft Way, Redmond, WA 98052

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 1 4 2011    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
       DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk, US District Court
700 Stewart Street, Ste 2310
Seattle, WA 98101

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Service of Summons and Complaint upon defendant per attached Minute Order by Judge John C Coughenour.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Deputy Clerk
TELEPHONE NUMBER: 206.370.8453
DATE: 9/30/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 86
District to Serve No. 86
Signature of Authorized USMS Deputy or Clerk: M Stittner
Date: 10/3/11

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Dorothy Nelson V.P. for Microsoft Inc.

Address *(complete only different than shown above)*:
925 Fourth Ave, Seattle WA 98104 Suite 2900

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 10/11/2011   Time: 3:45 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal (Amount of Refund*) |
|---|---|---|---|---|---|
| 165.00 | 16.32 | n/A | 181.32 | n/A | n/A   $0.00 |

REMARKS: 10/7/2011 (1) DUSM @ 2 hrs, 30 miles RT
10/11/2011 (1) DUSM @ .5 hrs, 2 miles RT

RECEIVED
2011 OCT -3 P 2:49
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
UNITED STATES MARSHAL

**PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT if any amount is
5. ACKNOWLEDGMENT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

11-CV-01362-JGM

AO-WAWD 440 (Rev. 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| David Stebbins | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV11-1362 JCC |
| Microsoft, Inc. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Microsoft, Inc.
1 Microsoft Way
Redmond, WA 98052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Stebbins
8527 Hopewell Road
Harrison, AR 72601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/30/2011

*Signature of Clerk or Deputy Clerk*

RECEIVED UNITED STATES MARSHAL
2011 OCT -3 P 2: 49
WESTERN DISTRICT OF WASHINGTON

AO-WAWD 440 (Rev. 3/10) Summons in a Civil Action (Page 2)

Civil Action No. CV11-1362 JCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* __Microsoft Inc.__
was received by me on *(date)* __10/07/2011__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Dorothy Nelson, V.P.__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Microsoft Inc.__
on *(date)* __10/11/2011__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __10/11/2011__

_____
Server's signature

__Justin G. Strock    DUSM__
Printed name and title

__700 Stewart St. Seattle WA 98101__
__Suit 9500__
Server's address

Additional information regarding attempted service, etc:

2011 OCT -3 P 2:49
RECEIVED
UNITED STATES MARSHAL
WESTERN DISTRICT
WASHINGTON (86)
SEATTLE, WASHINGTON