IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAVID STEBBINS                                                                  PLAINTIFF

VS.                                       CASE NO 11-1362

MICROSOFT CORPORATION                                              DEFENDANTS

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that a true and correct copy of Plaintiff's Third Motion for Default has been served on Defendant by allowing its counsel to view the ECF Notice of Docket Activity, as allowed by CR 5(b).

David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com