Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID STEBBINS,

        Plaintiff,

v.

MICROSOFT, INC.,

        Defendant.

No. CV11-1362-JCC

ORDER DENYING PLAINTIFF'S SECOND MOTION DEFAULT

The Plaintiff's Second Motion for Default as to Defendant Microsoft, Inc., (Dkt. #20) is hereby DENIED on the basis that the Plaintiff's incorrect interpretation of Section 4 of the Federal Arbitration Act.

DATED this 7th day of November, 2011.

        WILLIAM M. McCOOL,
        Clerk of the Court

        By:   /s/ Paul Pierson
        Paul Pierson, Courtroom Deputy Clerk