# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                                **PLAINTIFF**

**VS.**                                    **CASE NO. 11-1362**

**MICROSOFT CORPORATION**                                  **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that a true and correct copy of my Reply

Suggestion to Motions for Sanctions was served on Defendant by allowing its counsel to view

the ECF Notice of Docket Activity.

By  */s/ David A. Stebbins*
David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com
