UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                                    **PLAINTIFF**

**VS.**                                **CASE NO. 11-1362**

**MICROSOFT CORPORATION**                                **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that a true and correct copy of Plainitff's Reply to Defendant's Response to Motion for Judgment on the Pleadings was served on Defendant by allowing its counsel to view the ECF Notice of Docket Activity, as allowed by this Court's Local Rules.

By /s/ David A. Stebbins
David Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com