UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAVID STEBBINS                                                                          PLAINTIFF

VS.                                            CASE NO. 11-1362

MICROSOFT CORPORATION                                                  DEFENDANTS

NOTICE OF INTENT TO FILE SURREPLY

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following notice of my intent to file a surreply to Defendant's Reply to the Motion to Dismiss (Dkt. 30).

Defendant inserted a new legal argument that was not first addressed in its original Motion to Dismiss, when it stated "Mr. Stebbins's antics obscure the fact that he has never identified anything Microsoft did to harm him or any wrong entitling him to **any** remedy, let alone a $1.5 trillion award." I will address the lack of merit of this argument in my surreply, which will come soon.

By  */s/ David A. Stebbins*
David A. Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com