UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                                      **PLAINTIFF**

**VS.**                          **CASE NO. 11-1362**

**MICROSOFT CORPORATION**                            **DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, *pro se* Plaintiff David Stebbins, hereby certify under penalty of perjury that a true and correct copy of my Notice of Intent to File Surreply was served on Defendant by allowing its counsel to view the ECF Notice of Docket Activity.

By */s/ David A. Stebbins*
David A. Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com