UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DAVID STEBBINS**                                                            **PLAINTIFF**

VS.                            **CASE NO. 11-1362**

**MICROSOFT CORPORATION**                              **DEFENDANTS**

## CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify under penalty of perjury that a true and correct copy of my Surreply to Motion to Dismiss (Dkt 16) was served on Defendant by allowing its counsel to view the ECF Notice of Docket Activity.

By */s/ David A. Stebbins*
David A. Stebbins
8527 Hopewell Rd,
Harrison, AR 72601
870-743-4386
stebbinsd@yahoo.com