THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID STEBBINS,<br><br>             Plaintiff,<br><br>    v.<br><br>MICROSOFT, INC.,<br><br>             Defendant. | CASE NO. C11-1362-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on its own motion. Neither party appeared for the status conference scheduled in this matter for December 13, 2011 at 9:00 a.m. (Dkt. No. 3.) The parties are therefore ordered to SHOW CAUSE within 30 days of the date of this Order for their failure to appear for the status conference.

DATED this 13th day of December 2011.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk

MINUTE ORDER, C11-1362-JCC
PAGE - 1