United States District Court
for the Western District of WA

David Stebbins                                    Plaintiff

vs.                  Case No 11-3057

Microsft Corp.                                    Defendant

# NOTICE OF CHANGE OF ADDRESS AND RESPONSE TO MINUTE ORDER

FILED ___ LODGED ___ RECEIVED ___ MAIL
DEC 30 2011
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Comes now, pro se Plaintiff David Stebbins, who respectfully notifies the court that I now reside at the below address:

    5800 Law Drive
    Harrison, AR 72601

The reason for this address change - and also the reason for this handwritten motion - is because I was arrested* for a crime I didn't commit. Please believe me on that; please believe me that I am innocent and will be acquitted. Please understand and practice the concept of "innocent until proven guilty," and give me the same opportunity to present my case.

This is also why I was unable to attend the Dec. 13 conference. Defendant's excuse for not attending is that they never received my notice that I sent them of the Dec. 13 conference,** even though they admit to reading the corresponding order. I, on the other hand, have a perfectly good reason for no-showing.

\* I was arrested on Nov. 24, 2011, Thanksgiving night.
\*\* This is a lie.

In fact, if it were not for my mother looking on the ECF for me, I would not have known about the minute order in the first place! Therefore, I ask to be taken off the ECF until I am ready to register for it again.

Fortunately, the conference is not necessary. If you look at my motion for judgment on the pleadings (which was noted for consideration on November 25, 2011), you will see U.S. Supreme Court case law being cited that an action to confirm an arbitration award should be given streamlined treatment as a motion, rather than a full contract action. Therefore, this case is already ripe for a dispositive ruling, conference or no conference.

Wherefore, premises considered, I respectfully pray that the court

1. Remove me from ECF and direct future case files to 5800 Law Dr., Harrison, AR 72601.
2. Excuse my absence in the Dec. 13 conference, and preemptively excuse me from future conferences.
3. Dispositively resolve the case in my favor.

It is so requested this 20th Day of December, 2011

David Stebbins

*/s/ David Stebbins*

5800 Law Dr.
Harrison, AR 72601

United States District Court
for the Western District of Washington

David Stebbins                                    Plaintiff

vs.                         case no. 11-3057

Microsoft Corp.                                   Defendant

## CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, hereby certify that a true and correct copy of my Notice of Change of Address and Response to minute order was served on Defendant by allowing them to view the ECF Notice of Docket Activity, as allowed by the local rules.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stewart
110 Cove Ln
Harrison, AR 72601

U.S. District Court
700 Steward St.
Lobby Level
Seattle, WA 98101

NWA P&DF 72701
WED 28 DEC 2011 PM

