# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DAVID STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT INC., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. CV11-1362-JCC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Defendant's motion to dismiss is GRANTED. (Dkt. No. 16.) This case is

DISMISSED with prejudice, and the Clerk is directed to CLOSE the case. Plaintiff's

outstanding motions are DENIED as frivolous. (Dkt. Nos. 18, 19, 22, 24.)

DATED this 13th day of January 2012.

WILLIAM M. MCCOOL<br>
Clerk of Court<br><br>
/s/ T. Farrell<br>
Deputy Clerk