Jcc

United States District Court for the
Western District of Washington

David Stebbins                          Plaintiff

vs               Case No. 11-1362

Microsoft Corporation                   Defendant

## MOTION FOR RECONSIDERATION

Comes now, pro se Plaintiff David Stebbins, who respectfully submits the following motion for reconsideration as to the court's dismissal of my case.

I have read the local rules, and I know that motions for reconsideration are not favored. However, this court really did overlook something essential. It overlooked the time-barred argument.

I knew that overlooking that argument would be the only way I could possibly loose the case, and lo and behold, the court, in its per curiam, never even so much as mentioned the time-barred argument, let alone thoroughly rebuked it.

Here is the summary of this argument:

- The case of MBNA America Bank v. Miles, which binds this court by way of the Erie Doctrine, says that the 3-month time limit to move to vacate an arbitration award applies even in the face of a challenge to the arbitration agreement.
- The Uniform Arbitration Act says the same, and is valid by way of in pari materia.
- It is the public policy of the statute of limitations,

not the policy of arbitration, that justifies this law.

If I may be a tad bit blunt, I think it is rather convenient that the court never even brought the time-barred argument up. I can understand that the case is uncomfortable, given the stakes at hand, but that is no excuse for manifestly disregarding the law, is it?

Wherefore, premises considered, I respectfully pray that the court reverse its previous decision and enter judgment in my favor. It is so requested on this 20th day of January, 2011.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601

### Certificate of Service

A copy of this motion has been served on the defendant by allowing them to view it on ECF.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601