United States District Court for the Western District of Washington

David Stebbins                                        Plaintiff

vs.                           Case No. 11-1362

Microsoft Corporation                                 Defendant

NOTICE OF APPEAL AND MOTION FOR IFP APPLICATION

Comes now, pro se Plaintiff David Stebbins, who hereby serves notice of my intent to appeal the decision of the district court.

I would also like to be provided with a 9th Circuit in forma pauperis application, since I cannot get one myself while in jail.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601

Certificate of Service

Defendant was provided of a copy of this by allowing them to veiw it on ECF.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601

11-CV-01362-APP

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. District Court
700 Stewart St.
Suite 2310
Seattle, WA 98101