United States District Court for the
Western District of Washington

David Stebbins                              Plaintiff

vs                    Case No. 11-1362

Microsoft Corporation                       Defendant

SUPPLEMENT TO MOTION FOR RECONSIDERATION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following supplement to my motion for reconsideration.

Defendant has lost its opportunity to oppose the motion for reconsideration, and has thus, pursuant to the local rules, admitted that the ~~~~ motion has merit.

The Court received this motion slightly before the date of January 27, 2012. I do not know the exact date the Court received it, but I received a pro se packet from the Ninth Circuit — which necessarily came after the Court received my motion for reconsideration and simultaneous motion for appeal — on precisely January 27, according to the post mark on the Ninth Circuit's envelope.

This means that January 27 was the first Friday after this court received the motion; February 3 was the second Friday; February 10 was the third, and February 17 was the fourth. By even the most generous standard set by the local rules of this court, February 17, 2012 was the date the motion should be noted for

consideration.

The local rules state that responses in opposition to a motion must be filed by the Friday before the noting date. They also say that the Court will treat a party's failure to timely respond to a motion as an admission that the motion has merit.

I have not received any response from Defendant on the motion for reconsideration, even though, even by the most generous noting date, their opportunity to do so has passed. Therefore, by the local rules, Defendant has admitted that the motion for reconsideration should be granted.

David Stebbins
/s/ David Stebbins
5800 Law Dr
Harrison, AR 72601

## CERTIFICATE OF SERVICE

Defense counsel has been served with this supplement by allowing them to veiw it on ECF.

David Stebbins
/s/ David Stebbins
5800 Law Dr
Harrison, AR 72601

David Stebbins
5800 Law Dr.
Harrison, AR 72601

Clerk, U.S. District Court
700 Stewart St., Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED

MAIL

FEB 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

02 1P
0001711481   FEB 17 2012
MAILED FROM ZIP CODE 72601
$ 000.45⁰
PITNEY BOWES
UNITED STATES POSTAGE