FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 26 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant - Appellee. | No. 12-35082 <br><br> D.C. No. 2:11-cv-01362-JCC <br> Western District of Washington, Seattle <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for summary reversal is denied.

Appellant's June 16, 2012 request that the court not hold oral arguments in this matter, and alternate request for appointment of counsel, is referred to the panel assigned to hear the merits of this appeal for whatever consideration the panel deems appropriate.

Principal briefing is complete. The optional reply brief is due within 14 days after the date of this order.

AT/MOATT